Case: 3:06-cv-00160-jcs   Document #: 37   Filed: 05/30/06   Page 1 of 1

Document Number: 37
Case Number: 06-C-0160-S
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
05/30/2006 02:16:14 PM CDT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

ESKER S.A. and ESKER, INC.,

              Plaintiff,                      ORDER

                 v.                        Case No. 06-C-160-S

CATCH CURVE, INC.,

              Defendant.

---

      The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

      Entered this 30th day of May, 2006.

                                            S/
                                  John C. Shabaz
                                  District Judge